IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLESTON SHARKEY**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00107-BSM**

**UTILITY TRAILERS**
**MANUFACTURING COMPANY**                                                    **DEFENDANT**

## ORDER

Utility's motion for sanctions [Doc. No. 16] is granted in part and denied in part. Utility's request for reimbursement of its expenses for the missed June 21, 2024, deposition is denied. Charleston Sharkey contacted defense counsel and attempted to reschedule the deposition. *See* Doc. Nos. 16-1 at 9, and 17. Sharkey is still represented by Jonathan Martin, *see* Doc. No. 14, but it is apparent from the record that Martin has not communicated with either Sharkey or defense counsel in months. Under these circumstances, Sharkey will not be held responsible for the deposition costs. But Sharkey must continue to prosecute this case or it will be dismissed.

Sharkey has until August 23, 2024, to show cause why this case should not be dismissed for failure to prosecute or participate in discovery.

Martin also has until August 23, 2024, to show cause why he should not be referred to the Arkansas Office of Professional Conduct for abandoning his client without justification.

The clerk is directed to send a copy of this order to Martin at jonathan.martin23@gmail.com and 4606 Crestline Dr., North Little Rock, AR 72116, and to Sharkey at exclusivemarket2022@gmail.com and 670 Elm St. #4, Terre Haute, IN 47807.

IT IS SO ORDERED this 23rd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE