IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLESTON SHARKEY**                                                                 **PLAINTIFF**

v.                              CASE NO. 3:23-CV-00107-BSM

**UTILITY TRAILERS**
**MANUFACTURING COMPANY**                                                **DEFENDANT**

### ORDER

Charleston Sharkey's lawyer, Jonathan Martin, has not timely responded to the July 23 show cause order. Doc. No. 21. Accordingly, the clerk is directed to terminate Martin as counsel and to send a copy of this order to Sharkey. Within thirty days of this order, Sharkey must retain new counsel or file notice that he plans to proceed *pro se*.

Also, Martin is hereby referred to the Arkansas Office of Professional Conduct ("AOPC") for abandoning his client without justification. The clerk is directed to send a copy of this order and the docket sheet to the AOPC at professionalconduct@arcourts.gov and 501 Woodlane Street, Suite 520-S, Little Rock, AR 72201-1023.

IT IS SO ORDERED this 26th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE