## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHARLESTON SHARKEY**                                                      **PLAINTIFF**

**v.**                          **CASE NO. 3:23-CV-00107-BSM**

**UTILITY TRAILERS**
**MANUFACTURING COMPANY**                                                  **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE